No. 02–758. METRO EAST CENTER FOR CONDITIONING AND HEALTH *v.* QWEST COMMUNICATIONS INTERNATIONAL, INC. C. A. 7th Cir. Certiorari denied.

No. 02–768. METZ *v.* SUPREME COURT OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5787. RADLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5863. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6140. SCHWEBKE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 02–6354. DELLINGER ET AL. *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 02–6678. SMITH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–6738. FRANCIS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–6824. EDWARDS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–6825. CAIN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–6826. CHANNELS *v.* MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6834. HIGHTOWER *v.* SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–6835. FRAZIER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–6840. FISHER *v.* BUTLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6846. MCMILLAN *v.* FISHER ET AL. C. A. 3d Cir. Certiorari denied.